**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 05-2247**

———————————

CYNTHIA P. HUMPHRIES, M.D.,

Plaintiff - Appellant,

versus

ANTHONY J. PRINCIPI, SECRETARY OF VETERANS
AFFAIRS,

Defendant - Appellee.

———————————

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   Terrence W. Boyle,
District Judge. (CA-03-426)

———————————

Submitted: March 23, 2006          Decided: March 27, 2006

———————————

Before WILKINSON, LUTTIG, and WILLIAMS, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Cynthia P. Humphries, Appellant Pro Se.  Frank DeArmon Whitney,
United States Attorney, Sharon Coull Wilson, OFFICE OF THE UNITED
STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Cynthia P. Humphries, appeals the district court's order granting summary judgment to Defendant and denying relief on her civil action alleging claims of employment discrimination under Title VII. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Humphries v. Principi, No. CA-03-426 (E.D.N.C. Aug. 23, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED